STATE v. FRITSCH

No. 141PA99

Case below: 132 N.C.App. 262

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 22 July 1999.

STATE v. GARNER

No. 259P99

Case below: 133 N.C.App. 191

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 August 1999.

STATE v. GREEN

No. 385A84-5

Case below: Pitt County Superior Court

Motion by Attorney General to lift stay of execution allowed 22 July 1999.

STATE v. GRIGSBY

No. 364P99

Case below: 134 N.C.App. 315

Motion by Attorney General for temporary stay allowed 9 August 1999.

STATE v. HARRELL

No. 173P99

Case below: 131 N.C.App. 702

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.